FILED '21 09 10 PM04:08 MDGA-MAC

(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

**Appendix A**

| | |
|---|---|
| Gladys Harun <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> GA Department of Juvenile Justice <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Gladys Harun |
   | Street Address | PO Box 1849 |
   | City and County | Byron, Peach |
   | State and Zip Code | GA 31008 |
   | Telephone Number | 478 230 2207 |
   | E-mail Address | harunqladys@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

19

Defendant No. 1
  Name: Georgia Department of Juvenile Justice
  Job or Title (if known): Eastman - JDC (Location)
  Street Address: 3408 Covington Highway
  City and County: Decatur, DeKalb
  State and Zip Code: GA 30032
  Telephone Number: 404 508 6500
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

20

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[☑] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* __Gladys Harun__ , is a citizen of the State of *(name)* __Georgia__ .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)*
       _____ .

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of
       *(foreign nation)* _____ .

    b. If the defendant is a corporation

21

(9/16) Complaint for a Civil Case

The defendant. *(name)* GA Department of Juvenile Justice. is incorporated under the laws of the State of *(name)* Georgia . and has its principal place of business in the State of *(name)* Georgia .
Or is incorporated under the laws of *(foreign nation)* _____
and has its principal place of business in *(name)* _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached document

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached document

22

**Statement of Claim**

I worked as a special education teacher in Eastman YDC from December 2011 to 08/21/2013.

On 08/21/2013, I was sexually assaulted, battered and falsely imprisoned by a student; Malik Coleman. He was found guilty and criminally convicted for these offenses on 03/25/2015. After the incident, a doctor diagnosed me with a mental disorder and recurring headaches with Aura. I have been taking medication for these conditions since then; I attend regular Doctor's visits for follow ups and continued care. I have had to travel to Africa- Kenya for many months during periods when I am unable to cater for my children due to pain; I travel to get help from family.

On 04/29/2021, my doctor informed me that my recurring headaches will not go away and that I should prepare to have them the rest of my life.

Eastman YDC failed to monitor the classroom; I had no means of calling for help since there was no phone in the classroom or intercom. As a result of this attack, I suffered mental and physical injuries, pain and suffering, financial loss, and loss of dignity. These factors have rendered me no longer able to engage in my chosen profession of Special Education teacher.

In 2017, a court allowed me to file a case, I hired an attorney to file a lawsuit. conned me 11000$ since he did not prosecute the case as a result my case was thrown out recently. This particular attorney has been suspended by the Georgia Bar. Due to my mental incapacity; I request the court to toll the statute of limitations and grant me a trial and relief. I am back in the United States and living in warner Robins now.

**Relief**

I hereby request that:

The court find the defendant liable for my suffering due to negligence.

The court reward me special, general, and punitive damages in an amount to be determined by a jury.

The court grant me trial by jury.

The court award me relief that it deems equitable and just.

*Gladys Hanin*

09/02/2021

(9/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/02/2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Gladys Harun

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

**APPENDIX B**

CERTIFICATE OF SERVICE FORMAT

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing __Complaint for a Civil Case__
(Name of pleading)

was mailed/delivered to __GA Department of Juvenile Justice__ at __3408 Covington Highway Decatur, GA 30032__
(Name of defendant(s) or       (Physical or E-Mail Address)
defendant's attorney)

_____[signature]_____
(Signature and date)

__PO Box 1849 Byron GA 31008__
(Address)

__478 230 2207__
(Phone Number)

24